UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL LUIS THOMAS, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 3:CV-13-2661 |
| | : |
| STATE OF PENNSYLVANIA | : (Judge Kosik) |
| DEPARTMENT OF CORRECTIONS, | : |
| et al., | : |
| | : |
| Defendants | : |

# ORDER

**AND NOW, THIS 2nd DAY OF MARCH, 2015,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's "Objections" filed on November 17, 2014 (Doc. 48) are construed to be a motion seeking reconsideration of this court's order dated November 6, 2014, and the motion is **denied**.

2. Defendants' motion to dismiss, or in the alternative for summary judgment (Doc. 20), is **granted**. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff on all claims in the complaint.

3. The Clerk of Court is directed to **close this case**.

                                                s/Edwin M. Kosik
                                                EDWIN M. KOSIK
                                                United States District Judge